Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No.: 23-022-1 (CJN) |
| vs. ) | 23-411 (CJN) |
| ) | |
| JOSHUA LOPEZ ) | |
| ) | |
| ) | |

## WAIVER OF INDICTMENT

I, _____JOSHUA LOPEZ_____, the above-named defendant, who is accused of

Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251 (a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____06/05/2023_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____        Date: 11/20/23
CARL J. NICHOLS
United States District Judge